AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 08, 2023

SEAN F. MCAVOY, CLERK

THE ESTATE OF DAVID SHAFER, and COLLEEN SHAFER, an individual,
*Plaintiff*
v.
THE CITY OF SPOKANE, a municipal corporation,
*Defendant*

)
)
)
)
)
)

Civil Action No. 2:22-CV-0220-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Defendant's motion for summary judgment is GRANTED. Plaintiffs' ADA and Rehabilitation Act claims are DISMISSED.

Plaintiffs' state law negligence claim is dismissed WITHOUT PREJUDICE.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge THOMAS O. RICE

on Defendant's Motion for Summary Judgment (ECF No. 30).

Date: November 8, 2023

CLERK OF COURT

SEAN F. McAVOY

*s/ B. Fortenberry*
*(By) Deputy Clerk*

B. Fortenberry